# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 16, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ BH _____ DEPUTY

Richard A. Green,

                  Plaintiff,

        v.

Richard R. Muir, et al., et al.

                  Defendants.

ED 15-cv-2279-VAP (KKx)

## ORDER DISMISSING PLAINTIFF'S COMPLAINT

On September 9, 2016, the Court issued an Order to Show Cause ordering Plaintiff to show cause why this action should not be dismissed without prejudice for failure to prosecute. (Doc. No. 9.) Plaintiff failed to respond.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:     8/16/18

                              Virginia A. Phillips
                      Chief United States District Judge